IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| | : | |
| v. | : | No. 12-260 |
| | : | |
| ERIC MARQUES DEVLIN-BELL, JR. | : | |

## ORDER

AND NOW, this 17th day of January, 2013, for the reasons set forth in the accompanying

Memorandum, it is ORDERED Defendant Eric Marques Devlin-Bell, Jr.'s Motion to Suppress

Physical Evidence and Statements (Document 22) is DENIED.

BY THE COURT:

Juan R. Sánchez, J.